UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| CRAIG KOCHANEY, | ) |
| Plaintiff, | ) Case No. 1:17-cv-00851 |
| v. | ) Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**JUDGMENT AWARDING ATTORNEY'S FEES
<u>UNDER THE EQUAL ACCESS TO JUSTICE ACT</u>**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $2,222.50. (Two Thousand, Two Hundred, Twenty-Two Dollars and Fifty Cents), as full and final adjudication of EAJA fees and expenses in this action.

Dated: October 1, 2018 /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge